AO 245B (Rev. 11/25) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Georgia

UNITED STATES OF AMERICA
v.
RENWICK D. TOWNS

## JUDGMENT IN A CRIMINAL CASE

Case Number: 4:26-mj-00015-AGH-1

USM Number:

Pro Se
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) ____

☐ pleaded nolo contendere to count(s) ____
which was accepted by the court.

☐ was found guilty on count(s) ____
after a plea of not guilty.

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 641 | Shoplifting | 10/31/2025 | 1 |

☐ The defendant has been found not guilty on count(s) ____

☑ Count(s) 1 ☑ is ☐ are dismissed on the motion of the United States.

7/31/2026
Date of Imposition of Judgment

s/ Amelia G. Helmick
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

7/31/2026
Date